**Order filed October 27, 2020**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00623-CV
_____

### IN THE INTEREST OF F.S. A MINOR CHILD, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2019-20856**

---

## O R D E R

The notice of appeal in this case was filed September 8, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant, T.F., is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 6, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.